United States Bankruptcy Court
Middle District of Florida

In re:  
George L Brown  
    Debtor

Case No. 13-05899-CCJ  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113A-6     User: gkim     Page 1 of 2     Date Rcvd: Jul 19, 2013  
                     Form ID: 67ord06     Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2013.
```
db           #+George L Brown,    1042 Wyoming Dr SE,    Palm Bay, FL 32909-5831
23452358     +Citicorp,    200 Cummings Center,    Beverly, MA 01915-6125
23452322      Florida Department of Revenue,    Bankruptcy Unit,    Post Office Box 6668,
               Tallahassee FL 32314-6668
23452359      HSBC/Wells Fargo,    C/O Ronald Wolfe & Associates,    PO Box 25018,    Tampa, FL  33622-5018
23452360     +Regions,    C/O Darlene Carus,    2901 Stirling Rd #300,    Ft. Lauderdale, FL 33312-6529
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            E-mail/PDF: rmscedi@recoverycorp.com Jul 19 2013 23:43:04      Recovery Management Systems Corp.,
               Attn: Ramesh Singh,    25 SE Second Avenue, Ste 1120,    Miami, FL  33131-1605
23452321      E-mail/Text: bknotify@brevardtaxcollector.com Jul 19 2013 23:41:13
               Brevard County Tax Collector,    Attn:  Honorable Lisa Cullen, CFC,    Post Office Box 2500,
               Titusville FL 32781-2500
23489240      E-mail/PDF: rmscedi@recoverycorp.com Jul 19 2013 23:43:45      GE Capital Retail Bank,
               c/o Recovery Mgmt Systems Corp,    Attn Ramesh Singh,    25 SE 2nd Ave Ste 1120,
               Miami FL  33131-1605
23452323      E-mail/Text: cio.bncmail@irs.gov Jul 19 2013 23:48:45      Internal Revenue Service,
               Post Office Box 7346,    Philadelphia PA 19101-7346
23488682      E-mail/PDF: rmscedi@recoverycorp.com Jul 19 2013 23:43:03
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             HSBC Bank USA, National Association
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 21, 2013**                          **Signature:** _Joseph Speetjens_

```
District/off: 113A-6           User: gkim              Page 2 of 2              Date Rcvd: Jul 19, 2013
                               Form ID: 67ord06        Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2013 at the address(es) listed below:

        Robert E Thomas   rthomastrustee@gmail.com, rthomas@ecf.epiqsystems.com
        Rubina K Shaldjian   on behalf of Creditor   HSBC Bank USA, National Association midbkmail@wolfelawfl.com
        United States Trustee - ORL7/13   USTP.Region21.OR.ECF@usdoj.gov

                                                                                                                                                                 TOTAL: 3

**[67ord06]** [ORDER GRANTING TRUSTEE'S MOTION TO DISMISS]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:	Case No. 6:13−bk−05899−CCJ
	Chapter 7

George L Brown
1042 Wyoming Dr SE
Palm Bay, FL 32909

_____Debtor(s)_____/

ORDER GRANTING TRUSTEE'S MOTION TO DISMISS
BANKRUPTCY CASE AFTER DUE NOTICE TO ALL PARTIES

   THIS CASE came on for consideration upon the Trustee's Motion to Dismiss Bankruptcy Case and Opportunity for Parties in Interest to Object, and the Court, having considered the record finds that:

   1. The Trustee's Motion to Dismiss was filed on June 25, 2013, (Document No. 11).

   2. Notice of Trustee's Motion was properly served by the clerk's office on all creditors and interested parties.

   3. The twenty−one (21) day response period as stated in the Notice has expired without any objection or request for hearing having been filed by the debtor, creditor or any party in interest.

   4. No Discharge of debts was entered in this case.

   Accordingly, it is

   ORDERED:

   1. The Trustee's Motion to Dismiss is granted.

   2. The case is dismissed.

   3. The automatic stay imposed by 11 U.S.C. §362 is lifted and the filing of this case no longer acts as a stay against collections and other actions against the debtor and the debtor's property.

   DONE AND ORDERED on July 19, 2013 .

                                                                                      _____
                                                                                     Cynthia C. Jackson
                                                                                     United States Bankruptcy Judge